| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | ANNA M. MARTIN - State Bar No. 154279<br>WILLIAM REILLY - State Bar No. 177550 |
| 3 | amartin@rimacmartin.com<br>w_reilly@rimacmartin.com |
| 4 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 6 | Attorneys for Defendant |
| 7 | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 8 | **LAW OFFICE OF P. RANDALL NOAH**<br>P. RANDALL NOAH - State Bar No. 136452 |
| 9 | pnoah@ix.netcom.com<br>21 Orinda Way, Suite CC # 316 |
| 10 | Orinda, CA 94563<br>Telephone (925) 253-5540 |
| 11 | Facsimile (925) 253-5542 |
| 12 | Attorney for Plaintiff<br>NIDHIA BRANDT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDHIA BRANDT, | *E-FILING* |
| Plaintiff, | **CASE NO. C 10-05057 SBA** |
| vs. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the plaintiff NIDHIA BRANDT and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties shall bear their own

-1-
STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER        CASE NO. C 10-05057 SBA

1 respective costs of suit.

2 Pursuant to local rules, this document is being electronically filed through the Court's
3 ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
4 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
5 concurred with the filing of this document; and (3) a record supporting this concurrence is
6 available for inspection or production if so ordered.

7 **SO STIPULATED.**

8 Respectfully submitted,

9 **LAW OFFICES OF P. RANDALL NOAH**

11 DATED: May 4, 2011 By: /s/ **P. RANDALL NOAH**
12 P. RANDALL NOAH
Attorneys for Plaintiff
13 NIDHIA BRANDT

15 RIMAC MARTIN, P.C.

17 DATED: May 4, 2011 By: /s/ **WILLIAM REILLY**
WILLIAM REILLY
18 Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
19 AMERICA

## ORDER

21 IT IS SO ORDERED.

23 DATED: __5/4/11_____    _____
Hon. Saundra Brown Armstrong
24 Federal Judge, U.S. District Court

-2-

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER                           CASE NO. C 10-05057 SBA